**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **i2i Optique LLC** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-3360** |
| | : | |
| **VALLEY FORGE INSURANCE** | : | |
| **COMPANY, d/b/a CNA** | : | |

_____

## ORDER

This 27th day of January, 2021, the Court having declined to assert jurisdiction under the Declaratory Judgment Act, it is hereby **ORDERED** that Plaintiff's claims are **DISMISSED** without prejudice, and Defendant's Motion to Dismiss, ECF 9, is **DENIED** as moot.

    /s/ Gerald Austin McHugh
United States District Judge